**David R. FRIEND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41821.**

Missouri Court of Appeals,
Western District.

Aug. 22, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Sean D. O'Brien, Public Defender, Kansas City, John Vohs, Asst. Public Defender, Jefferson City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed.  Rule 84.16(b).